**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMY LOKEY POSEY,

        Plaintiff,

v.   Case No. 6:14-cv-1048-Orl-37DAB

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

### ORDER

This cause is before the Court on Magistrate Judge David A. Baker's Report and Recommendation ("R&R") regarding the Commissioner of Social Security's administrative decision to deny Plaintiff's application for disability insurance benefits. (Doc. 28.) Upon consideration, and in the absence of objection, the Court finds that the R&R is due to be adopted and confirmed. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge David A. Baker's Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The administrative decision of the Commissioner of Social Security (Doc. 21-2, pp. 91–103) is **REVERSED**. As addressed in the R&R, the matter is **REMANDED** for additional consideration and further fact-finding. (*See* Doc. 28, p. 15 (citing 42 U.S.C. § 405(g)).)

3. The Clerk is **DIRECTED** to:

    a. enter judgment in favor of the Plaintiff and against the Commissioner of Social Security;

      b.      terminate all pending matters; and

      c.      close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 6, 2015.

*[signature]*

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record