**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMY LOKEY POSEY,

        Plaintiff,

v.                                                                    Case No. 6:14-cv-1048-Orl-37DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____

**ORDER**

This cause is before the Court on U.S. Magistrate Judge David A. Baker's Report and Recommendation ("R&R") regarding Plaintiff's amended motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (Doc. 37.) Upon consideration, and in the absence of objection, the Court finds that the R&R is due to be adopted and confirmed. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.    U.S. Magistrate Judge David A. Baker's Report and Recommendation (Doc. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 36) is **GRANTED IN PART AND DENIED IN PART**.

    a.    The Motion is **GRANTED** to the extent that Plaintiff moves for an award of attorney's fees in the amount of $5,580.00.

    b.    The Motion is **DENIED** to the extent that Plaintiff requests an order directing Defendant to reimburse Plaintiff's counsel directly rather

than awarding Plaintiff the fee amount (*see* Doc. 36-2).

3.    Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 31) is **DENIED AS MOOT**.

4.    The Clerk is **DIRECTED** to enter a judgment for attorney's fees in the amount of $5,580.00 in favor of Plaintiff and against Defendant.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 20, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record